UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK T. JUNEAU AND  KATHLEEN F. JUNEAU | *  * CIVIL ACTION NO.:  * |
| VERSUS | * JUDGE  * |
| AMERICAN SECURITY  INSURANCE COMPANY | *  * MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT FOR DAMAGES**

NOW COME Petitioners herein, Mark T. Juneau and Kathleen F. Juneau, through undersigned counsel, who respectfully represent that:

1.

Made Petitioners herein are:

**MARK T. JUNEAU,** a person of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana.

**KATHLEEN F. JUNEAU,** a person of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana.

2.

Made Defendant herein is:
**AMERICAN SECURITY INSURANCE COMPANY (hereinafter referred to as "American Security"),** a foreign insurance company authorized to do and doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court.

## **JURISDICTION AND VENUE**

3.

This Court has personal jurisdiction over American Security because they conduct business in the State of Louisiana, and this claim arises out of Defendant's conduct, business operations, and failure to fulfill a written contract executed in the State of Louisiana.

4.

This Court has subject matter jurisdiction over this civil matter between citizens of different states. Plaintiffs are citizens of the State of Louisiana. Defendant is a Delaware corporation with its principal place of business in Wilmington, Delaware. Thus, Defendant is a citizen of the State of Delaware. The amount in controversy, exclusive of interests, costs, and attorney's fees, exceeds $75,000.00. Accordingly, this Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

5.

Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the Eastern District of Louisiana because a substantial part of the events or omissions giving rise to this dispute occurred in St. Tammany Parish.

6.

American Security is justly and truly indebted to the Petitioners herein for damages reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for costs in the proceedings, for following, to wit:

7.

Petitioners own residential property located at 30486 Erin Drive, Lacombe, Louisiana 70445 (hereinafter "the Residence").

8.

On August 29, 2021, Petitioners had in place a contract with American Security to provide a homeowner's insurance policy, policy number MLR995959301 (hereinafter "the Homeowners Policy"), for the Residence.

9.

On August 29, 2021, Hurricane Ida made landfall on southeast Louisiana with 150 mph winds and relentless rainfall. Hurricane Ida caused widespread devastation and damage, including damage to the Residence.

10.

In compliance with the Homeowners Policy, Petitioners promptly reported the resulting extensive damage to American Security, who therefore knew almost immediately that the Residence had sustained severe physical and structural damage.

11.

Despite more than a sufficient proof of loss, American Security failed to timely and adequately tender payment under the Policy. American Security's failure to timely provide adequate payment for a clearly covered loss is a violation of the Policy. Coverage under the policy remains available and is due to the Petitioners herein. American Security is in clear violation of La. R.S. 22:1892 and 22:1973.

12.

At all times pertinent hereto, American Security provided insurance coverage for the matters, risks, and things involved herein.

13.

Additionally, based upon information and belief, the Policy contained a hurricane and/or windstorm endorsement that created coverage for all the damage sustained at the Residence to which Petitioners are entitled, including but not limited to dwelling coverage, contents, loss of use, recoverable depreciation, as well as all repair/replacement costs.

14.

The actions of American Security in failing to timely, fully, and fairly adjust Petitioners' claim is arbitrary, capricious, and without probable cause, making American Security liable for damages, penalties and attorney fees provided under La. R.S. 22:1892 and 22:1973.

15.

Defendant, American Security, is liable unto the Petitioners under the following legal theories:

1. Breach of contract;

2. Bad faith claims adjusting;

3. Negligent claims adjusting;

4. Intentional infliction of emotional distress;

5. Negligent infliction of emotional distress;

6. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

16.

As a result of Hurricane Ida and because of American Security's arbitrary and capricious claims adjusting, Petitioners have sustained, or will sustain, the following non-exclusive damages:

1. Property damages;

2. Loss of contents;

3. Loss of use and enjoyment of property;

4. Additional living expenses;

5. Repair and remediation expenses;

6. Diminution of value of property;

7. Extreme mental anguish, including stress and aggravation;

8. Extreme inconvenience;

9. The penalties proscribed by La. R.S. 22:1892 and 22:1973;

10. Attorney's fees and costs of this litigation; and

11. Any and all other damages which will be shown through discovery and proven at trial.

17.

Petitioners pray for and are entitled to trial by jury, bond to be set at a later date.

WHEREFORE, Petitioners, Mark T. Juneau and Kathleen F. Juneau, pray that the Defendant, American Security Insurance Company, be served with a copy of this Complaint and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Petitioners and against Defendant, in an amount that will fully compensate Petitioners for the damages pursuant to the evidence and in accordance with the law; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

**HUBER THOMAS, LLP**

*s/Stephen M. Huber*

**STEPHEN M. HUBER, BAR NO. 24463**
**LOGAN E. SCHONEKAS, BAR NO. 35309**
**CHRISTOPHER T. WHELEN, BAR NO. 36079**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone:   (504) 274-2500
Facsimile:   (504) 910-0838
ATTORNEYS FOR PLAINTIFFS
Stephen@huberthomaslaw.com
Logan@huberthomaslaw.com
Christopher@huberthomaslaw.com

**AMERICAN SECURITY INSURANCE COMPANY**
*Through its agent for service:*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809